SCOTT J. FERRELL, Bar No. 202091
JOHN C. O'MALLEY, Bar No. 143671
WARD J. LOTT, Bar No. 211307
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
jomalley@calljensen.com
wlott@calljensen.com

KIM E. BRIGHTWELL (Texas Bar No. 02992700)
*Pro Hac Vice* kbrightwell@reevesbrightwell.com
SINEAD O'CARROLL (Texas Bar No. 24013253)
*Pro Hac Vice* socarroll@reevesbrightwell.com
PAUL SCHLAUD (Texas SBN 24013469)
*Pro Hac Vice* pschlaud@reevesbrightwell.com
REEVES & BRIGHTWELL, LLP
221 W. Sixth Street, Suite 1000
Austin, TX 78701-3410
Tel: (512) 334-4500
Fax: (512) 334-4492

Attorneys for Defendant DELL INC.

**FILED**
CLERK, U.S. DISTRICT COURT
**FEB 8 2007**
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**DENIED**

Priority ___✓___
Send ___✓___
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY McCABE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELL INC.,<br><br>Defendant. | Case No. CV-06-7811-RGK (FFMx)<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DEFENDANT'S OBLIGATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: December 8, 2006<br>Trial Date: None Set |

DEL05-45:235628:2-6-07              - 1 -
STIPULATION AND [PROPOSED] ORDER STAYING DEFENDANT'S OBLIGATION TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

DOCKETED ON CM
FEB - 9 2007

1  Defendant Dell Inc. ("Dell") and Plaintiff Kimberly McCabe ("Plaintiff"), by and
2  through their respective counsel, hereby stipulate as follows:

4  Dell's response to Plaintiff's Complaint is currently due on or before February 13,
5  2007. Dell has informed Plaintiff of its intention to move to compel Plaintiff to arbitrate
6  the claims in their Complaint. Plaintiff disputes any obligation to arbitrate these claims.
7  The parties have decided to have the arbitration issue decided first, before Defendants
8  must answer or otherwise respond to the Complaint.

10  Accordingly, the parties agree that:

12  1.  Dell will file a Motion to Stay Proceedings and Compel Arbitration (the
13      "Motion") on or before February 13, 2007;

15  2.  Dell's obligation to answer or otherwise respond to Plaintiff's Complaint
16      will be stayed pending the resolution of the Motion; and,

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

DEL05-45:235628:2-6-07                    - 2 -
STIPULATION AND [PROPOSED] ORDER STAYING DEFENDANT'S OBLIGATION TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

3. Dell shall have to and including thirty (30) days from the date of service of any order granting or denying the Motion in which to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: February 6, 2007

CALL, JENSEN & FERRELL
A Professional Corporation
SCOTT J. FERRELL
JOHN C. O'MALLEY
WARD J. LOTT

By: _____
John C. O'Malley
Attorneys for Defendant Dell Inc.

Dated: February 6, 2007

LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
H. JOHN GUTIERREZ

By: _____
H. John Gutierrez

Attorneys for Plaintiff Kimberly McCabe

**ORDER**

IT IS SO ORDERED.

DENY
_____
Hon. R. Gary Klausner, jr.

DEL05-45:235628:2-6-07

- 3 -

STIPULATION AND [PROPOSED] ORDER STAYING DEFENDANT'S OBLIGATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT