Paul R. Kiesel, Esq. (CBN 119854)
Patrick DeBlase, Esq. (CBN 167138)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: 310/854.4444
Facsimile: 310/854.0812

Jonathan D. Selbin, Esq. (CBN 170222)
H. John Gutierrez, Esq. (CBN 235406)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3336
Telephone: 415/956.1000
Facsimile: 415/956.1008

Attorneys for Plaintiff

**DENIED**
No good cause shown
**GARY KLAUSNER**

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY McCABE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL, INC.,<br><br>Defendant. | CASE NO: CV-06-7811-RGK (FFMx)<br><br>**STIPULATION AND [PROPOSED] ORDER THEREON RE: CONTINUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; DECLARATION OF PATRICK DeBLASE** |

Plaintiffs, KIMBERLY McCABE individually and on behalf of all others similarly situated, and Defendant DELL, INC., through their respective counsel of record, hereby stipulate and agree as follows:

## RECITALS

**Whereas**, plaintiff KIMBERLY McCABE filed her complaint for damages and other relief on December 8, 2006;

DOCKETED ON CM

1. **Whereas**, plaintiff's complaint seeks remedies on behalf of herself and all others similarly situated and therefore seeks relief for a class of individuals;

2. **Whereas**, the defendant Dell Inc. ("Dell") has filed a motion to compel arbitration of the claims in plaintiff's complaint and has filed a motion to dismiss plaintiff's complaint;

3. **Whereas**, the hearing on defendant Dell's motions are set to be heard on March 26, 2007;

4. **Whereas**, pursuant to the Court's Local Rules (Rule 23-3), plaintiff is required to bring her motion to certify class action within 90 days after the filing of the action unless otherwise ordered by the Court;

5. **Whereas,** there has been no discovery conducted by the parties in light of the above-described state of the pleadings;

6. **Whereas**, the action is not yet at issue and judicial efficiency and orderly proceedings in this matter suggest that a motion to certify class action not be filed until after the Court rules on defendant's motion to compel arbitration and defendant answers or otherwise responds to plaintiff's complaint;

7. **Whereas**, the parties have not requested nor has the Court denied any previous continuance concerning plaintiff's motion to certify class action; and,

8. **Whereas**, the parties will work expeditiously on a schedule for necessary discovery and class certification briefing once there is a determination on defendant's motion.

STIPULATION AND [PROPOSED] ORDER THEREON RE: CONTINUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; DECLARATION OF PATRICK DeBLASE IN SUPPORT THEREOF

IT IS HEREBY STIPULATED THAT any deadline for plaintiff to file her motion to certify class action is vacated and that the briefing deadlines and hearing for the motion shall be set by the Court at a future hearing with all parties present.

IT IS SO STIPULATED.

Dated: 3/14/07

_____
Paul R. Kiesel, Esq.
KIESEL BOUCHER LARSON LLP
Attorneys for Plaintiffs

Dated: 3/14/07

_____
Kim E. Brightwell, Esq.
REEVES & BRIGHTWELL, LLP
Attorneys for Defendant

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

-3-

STIPULATION AND [PROPOSED] ORDER THEREON RE CONTINUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; DECLARATION OF PATRICK DeBLASE IN SUPPORT THEREOF

## DECLARATION OF PATRICK DeBLASE

I, PATRICK DeBLASE, declare and state as follows:

1. I am an attorney licensed to practice law before all the Courts of the State of California and am admitted to practice before the United States District Court, Central District of California. I am a partner with the law firm of Kiesel Boucher Larson LLP, co-counsel for Plaintiff KIMBERLY McCABE, individually and on behalf of all others similarly situated. I have personal knowledge of the matters set forth herein and if called upon to testify to the facts in this Declaration, I could and would testify competently thereto.

2. Plaintiff KIMBERLY McCABE filed her complaint for damages and other relief on December 8, 2006.

3. Plaintiff's complaint seeks remedies on behalf of herself and all others similarly situated and therefore seeks relief for a class of individuals.

4. Defendant Dell Inc. ("Dell") has filed a motion to compel arbitration of the claims in plaintiff's complaint and has filed a motion to dismiss plaintiff's complaint.

5. The hearing on defendant Dell's motions are set to be heard on March 26, 2007.

6. Pursuant to the Court's Local Rules (Rule 23-3), plaintiff is required to bring her motion to certify class action within 90 days after the filing of the action unless otherwise ordered by the Court.

-4-

STIPULATION AND [PROPOSED] ORDER THEREON RE: CONTINUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; DECLARATION OF PATRICK DeBLASE IN SUPPORT THEREOF

7. There has been no discovery conducted by the parties in light of the above-described state of the pleadings.

8. The action is not yet at issue and judicial efficiency and orderly proceedings in this matter suggest that a motion to certify class action not be filed until after the Court rules on defendant's motion to compel arbitration and defendant answers or otherwise responds to plaintiff's complaint.

9. The parties have not requested nor has the Court denied any previous continuance concerning plaintiff's motion to certify class action.

10. The parties have agreed to work expeditiously on a schedule for necessary discovery and class certification briefing once there is a determination on defendant's motion.

I declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct.

Executed this 14th day of March, 2007, at Beverly Hills, California.

PATRICK DeBLASE
Declarant

-5-

STIPULATION AND [PROPOSED] ORDER THEREON RE: CONTINUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; DECLARATION OF PATRICK DeBLASE IN SUPPORT THEREOF

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8648 Wilshire Boulevard, Beverly Hills, California 90211-2910.

On March 14, 2007, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER THEREON RE: CONTINUANCE OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; DECLARATION OF PATRICK DeBLASE** on the interested parties by placing ( ) the original (X) a true and correct copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Kim E. Brightwell, Esq.<br>Paul Schlaud, Esq.<br>Sinead O'Carroll, Esq.<br>REEVES & BRIGHTWELL LLP<br>221 West Sixth Street, Suite 1000<br>Austin, Texas 78701-3410<br>Telephone: 512/334.4500<br>Facsimile: 512/334.4492<br>e-mail:<br>kbrightwell@reevesbrightwell.com;<br>socarrol@reevesbrightwell.com<br>**Attorney for Defendant, DELL INC.** | Scott J. Ferrell, Esq.<br>John C. O'Malley, Esq.<br>Ward J. Lott, Esq.<br>CALL, JENSEN & FERRELL<br>610 Newport Center Drive, Suite 700<br>Newport Beach, California 92660<br>Telephone: 949/717.3000<br>Facsimile: 949/717.3100<br>**Attorney for Defendant, DELL INC.** |

[ ]  VIA OVERNIGHT MAIL:

VIA : By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[X]  VIA U.S. MAIL:

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service with postage thereon fully prepaid, at Beverly Hills, California.

[ ]  VIA PERSONAL DELIVERY:

I personally delivered such envelope(s) by hand to the offices of the addressee pursuant to CCP § 1011.

| | | |
|---|---|---|
| 1 | ☐ | **VIA ELECTRONIC MAIL:** |
| 2-3 | | I personally served upon all parties the above-reference documents via electronic mail to the e-mail addresses for those individuals noted to have e-mail addresses on the attached Proof of Service List. |
| 4 | ☐ | **VIA FACSIMILE:** |
| 5-7 | | The interested parties receiving the above-referenced document via facsimile have agreed to accept same via facsimile transmission, and the facsimile transmission report indicated that the transmission was complete and without error. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. |
| 8 | ☐ | **STATE:** |
| 9 | | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 10 | ☒ | **FEDERAL:** |
| 11 | | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on March 14, 2007, at Beverly Hills, California.

_____
CESAR R. GARCIA